UNITED STATES, Appellee

v

JIM H. SHAW, Private E-1, U. S. Army, Appellant

8 USCMA 725, 25 CMR 229

No. 10,965

Decided February 21, 1958

*Major Frank C. Stetson* was on the brief for Appellant, Accused.
*Lieutenant Colonel John G. Lee* and *First Lieutenant John E. Riecker* were on the brief for Appellee, United States.

## Opinion of the Court

HOMER FERGUSON, Judge:

The issues raised in this appeal are precisely the same as those found in United States v Finney, 8 USCMA 724, 25 CMR 228, decided this date. Our holding in that case is dispositive of the issues presented here.

The decision of the board of review is reversed. The record of trial is returned to The Judge Advocate General of the Army for reference to a board of review. The board, in its discretion, may approve the lesser offense of absence without leave and reassess the sentence, or it may order a rehearing on the desertion charge.

Chief Judge QUINN concurs.

LATIMER, Judge (concurring in part and dissenting in part):

I concur in part and dissent in part for the reasons set forth in my separate opinion in United States v Finney, 8 USCMA 724, 25 CMR 228.